# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

132865 & (16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JEFFERY KEITH SNYDER,
        Defendant-Appellant.

SC: 132865
COA: 273652
Shiawassee CC: 05-003367-FH

_____/

By order of May 23, 2007, the prosecuting attorney was directed to answer the application for leave to appeal the November 27, 2006 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

Clerk

p0926